

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*MaryTeresa Soltis*
*Direct Dial. (215) 861-8480*
*Facsimile (215) 861-8618*
*E mail Address mary.soltis@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

Please Docket

March 25, 2019

Honorable Paul S. Diamond
United States District Judge
United States District Court,
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    Re:   <u>United States v. Mario Antonio Ramirez</u>
            Criminal Case Nos. 17-426

Dear Your Honor:

    I write concerning the sentencing of Mario Antonio Ramirez, which is scheduled for April 2, 2019 at 2:00 pm. The government respectfully requests that Mr. Ramirez's sentencing be postponed approximately 90 days. I have spoken with defense counsel who has said that he and his client consent to this request.

                                         Respectfully,

                                         WILLIAM M. MCSWAIN
                                         United States Attorney

                                         <u>/s/ MaryTeresa Soltis</u>
                                         MaryTeresa Soltis
                                         Assistant United States Attorney

cc: Rob Scroggie, Esquire, *via electronic mail*
    Megan Maier (U.S. Probation), *via electronic mail*